1   CARLEEN R. ARLIDGE        SBN 079725
    Attorney At Law
2   111 West St. John Street, Suite 555
    San Jose, California 95113
3   Telephone:  (408) 288-8533
    Facsimile:  (408) 445-1861
4   E-Mail: craatty@aol.com

5   Attorney For Defendant

6

7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )    NO. CR-12-00033 LHK
12                      Plaintiff,     )
                                       )    ORDER CONTINUING
13  vs.                                )    SENTENCING HEARING DATE
                                       )
14  KAZUKO SHINAGAWA,                  )
                                       )
15                      Defendant.     )
    _____)

16

17          Upon stipulation of the parties and good cause appearing therefor:

18          IT IS HEREBY ORDERED that the sentencing hearing for the defendant in the above-

19  entitled case be continued from Wednesday, July 10, 2013 at 9:30 am and rescheduled for

20  Wednesday, August 28, 2013 at 9:30 a.m.

21          IT IS SO ORDERED.

22

23  Dated:      6/17/13
                                            _____
24                                          LUCY H. KOH
                                            United States District Judge
25

26

27

28