UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAZUKO SHINAGAWA,<br><br>    Defendant. | CASE NO. CR 12-00033 LHK<br><br>ORDER OF THE COURT CONTINUING SENTENCING DATE |

On motion by both parties made jointly, and for good cause shown, the court ORDERS that sentencing in this matter be CONTINUED from October 23, 2013, to December 18, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Date: 10/22/13

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Court Judge

1