1  CARLEEN R. ARLIDGE   SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone: (408) 288-8533
   Facsimile: (408) 445-1861
4  E-Mail: craatty@aol.com

5  Attorney For Defendant

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         )
                                     )  NO. CR-12-00033 LHK
12              Plaintiff,            )
                                     )  ORDER CONTINUING
13 vs.                                )  SENTENCING HEARING DATE
                                     )
14 KAZUKO SHINAGAWA,                  )
                                     )
15              Defendant.            )
   _____

17       Upon stipulation of the parties and good cause appearing therefor:

18       IT IS HEREBY ORDERED that the sentencing hearing for the defendant in the above-
19 entitled case be continued from Wednesday, December 18, 2013 at 9:30 am and rescheduled for
20 Wednesday, January 22, 2014 at 9:30 a.m.

21       IT IS SO ORDERED.

23 Dated:

                                        LUCY H. KOH
24                                      United States District Judge

No further continuance will be granted. This defendant pled guilty on March 13, 2013.

12/16/13

*Lucy H. Koh*
U.S. District Judge