| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | ALEX G. TSE (CABN 152348)<br>Chief, Civil Division |
| 4 | RAVEN M. NORRIS (CSBN 232868)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6915<br>FAX: (415) 436-6570<br>Raven.Norris@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 12-00033 LHK |
| Plaintiff, | ) | |
| v. | ) | ~~PROPOSED~~ ORDER APPROVING THE PARTIES' STIPULATION AND ORDER REQUIRING TURNOVER OF SEIZED FUNDS FOR PAYMENT OF DEFENDANT'S RESTITUTION OBLIGATION |
| KAZUKO SHINAGAWA, | ) | |
| Defendant. | ) | |

The Court, having considered the parties' Stipulation, and good cause appearing, hereby APPROVES the stipulation.

IT IS FURTHER ORDERED that the One Thousand Dollars ($1000), belonging to Defendant Kazuko Shinagawa, and held by the Federal Bureau of Investigation be turned over to the Clerk of the Court for payment of the outstanding restitution obligation imposed against Defendant. Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

Dated: 4/12/14

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

STIPULATION
CR 12-00033 LHK                                2